# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

## Holding a Criminal Term

## Grand Jury Sworn in on May 5, 2015

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| | : | |
| v. | : | GRAND JURY ORIGINAL |
| | : | |
| AZEIK KEYS, | : | VIOLATIONS: |
| | : | 21 U.S.C. § 841(a)(1) and |
| Defendant. | : | § 841(b)(1)(B)(iii) |
| | : | (Unlawful Possession with Intent to |
| | : | Distribute 28 Grams or More of Cocaine |
| | : | Base) |
| | : | 18 U.S.C. § 922(g)(1) |
| | : | (Unlawful Possession of a Firearm and |
| | : | Ammunition by a Person Convicted of a |
| | : | Crime Punishable by Imprisonment for a |
| | : | Term Exceeding One Year) |
| | : | 18 U.S.C. § 924(c)(1) |
| | : | (Using, Carrying and Possessing a |
| | : | Firearm during a Drug Trafficking |
| | : | Offense) |
| | : | |
| | : | FORFEITURE:   18 U.S.C. § 924(d); |
| | : | 21 U.S.C. § 853(p); 28 U.S.C. § 2461(c) |

## **I N D I C T M E N T**

The Grand Jury charges that:

### **COUNT ONE**

On or about April 17, 2015, within the District of Columbia, **AZEIK KEYS** did unlawfully, knowingly, and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance, and the amount of said mixture and substance was 28 grams or more.

(**Unlawful Possession with Intent to Distribute 28 Grams or More of Cocaine Base**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(iii))

## COUNT TWO

On or about April 17, 2015, within the District of Columbia, **AZEIK KEYS**, having been convicted of a crime punishable by imprisonment for a term exceeding one year, in the Superior Court for the District of Columbia, Criminal Case No. 2003-FEL-05364, did unlawfully and knowingly receive and possess firearms, namely a Ruger 9mm semi-automatic pistol and a H&K model 416 .22 caliber semi-automatic pistol, and did unlawfully and knowingly receive and possess ammunition, namely 9mm caliber ammunition and .22 caliber ammunition, which had been possessed, shipped and transported in and affecting interstate and foreign commerce.

> (**Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year**, in violation of Title 18, United States Code, Section 922(g)(1))

## COUNT THREE

On or about April 17, 2015, within the District of Columbia, **AZEIK KEYS**, did unlawfully and knowingly use, and carry during and in relation to, and possess in furtherance of, a drug trafficking offense, for which he may be prosecuted in a court of the United States, that is Count One of this Indictment which is incorporated herein, firearms, namely a Ruger 9mm semi-automatic pistol and a H&K model 416 .22 caliber semi-automatic pistol.

> (**Using, Carrying, and Possessing a Firearm During a Drug Trafficking Offense**, in violation of Title 18, United States Code, Sections 924(c)(1))

## **FORFEITURE ALLEGATION**

1. Upon conviction of the offense alleged in Count One, the defendant shall forfeit to the United States, pursuant to 21 U.S.C. § 853(a), any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of this offense; and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of this offense. The property subject to forfeiture includes $2110 seized incident to the defendant's arrest. The United States will also seek a forfeiture money judgment equal to the value of any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of this offense.

2. Upon conviction of the offense alleged in Counts Two and/or Three of this Indictment, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, § 924(d) and Title 28, United States Code, § 2461(c), any firearms and ammunition involved in or used in the knowing commission of the offense, including but not limited to a Ruger 9mm semi-automatic pistol, a H&K model 416 .22 caliber semi-automatic pistol, 9mm caliber ammunition and .22 caliber ammunition.

2. If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

    (a) cannot be located upon the exercise of due diligence;

    (b) has been transferred or sold to, or deposited with, a third party;

    (c) has been placed beyond the jurisdiction of the Court;

    (d) has been substantially diminished in value; or

    (e)  has been commingled with other property that cannot be divided without difficulty;

the defendant shall forfeit to the United States any other property of the defendant, up to the value of the property described above, pursuant to 21 U.S.C.§ 853(p), as incorporated by 28 U.S.C. § 2461(c).

  (**Criminal Forfeiture**, pursuant to Title 18, United States Code, Sections 924(d), Title 21, United States Code, 853(p) and Title 28, United States Code, Section 2461(c))

                  A TRUE BILL:

                  FOREPERSON.

Attorney of the United States in
and for the District of Columbia.

2